**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dorothy O'Connell, | ) | No. CV 07-0198-PHX-SMM |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| David R. Smith, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the Defendants' Motion to Excuse the Appearance of All Individually-named Defendants at the Rule 16 Preliminary Pre-trial Conference (Doc. 27) scheduled for April 24, 2007 at 4:00 p.m.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** the Motion to Excuse the Appearance of All Individually-named Defendants at the Rule 16 Preliminary Pre-trial Conference (Doc. 27).

**IT IS FURTHER ORDERED** that the **ALL PARTIES** are excused from the requirement that they personally appear for the preliminary pretrial conference currently scheduled for April 24, 2007 at 4:00 p.m.

DATED this 18th day of April, 2007.

Stephen M. McNamee
United States District Judge