**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dorothy O'Connell, | ) | No. CV 07-0198-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| David R. Smith, et al., | ) | |
| Defendants. | ) | |

Pursuant to the discussions at the Rule 16 hearing and the resulting agreements of the parties,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.    In anticipation of framing the issues for the Supreme Court of Arizona, Defendants shall file a Response to Plaintiff's Motion for Partial Summary Judgment (Doc. 21) no later than **May 25, 2007.**  The Response shall address only the first and fourth issues raised in Plaintiff's motion[1], as well as the issue of who, under A.R.S. § 11-594(B)(1), had the legal authority to fire the Deputy Medical Director at the time Dorothy O'Connell's employment was terminated.  Plaintiff shall file its Reply brief no later than **June 15, 2007.**

---

[1]That is, Defendant shall respond to the issue pertaining to the adequacy of the notice of claim and whether or not *Deer Valley Unified School District No. 97 v. Houser,* Arizona Supreme Court No. CV-06-0275-PR (Feb. 2007*)* can be applied retroactively.

2.    The remainder of Plaintiff's Motion for Summary Judgment (Doc. 21) is **DENIED** WITHOUT PREJUDICE to re-file at a later date.

3.    Defendant's Rule 56(f) motion (Doc. 31) is **DENIED** WITHOUT PREJUDICE to re-file at a later date.

4.    Defendant's Motion to Dismiss (Doc. 3) is **GRANTED** WITH PREJUDICE as to Counts One and Two and **GRANTED** WITHOUT PREJUDICE as to Count Three, with leave to re-file Count Three at a later date.

5.    Parties are permitted to depose Dr. Keen strictly pertaining to his recollection of the conversation he had with Judge McNamee pertaining to Dr. Keen's "issue with his management". The deposition shall be held no later than **May 18, 2007.** Cost to Plaintiff.

6.    Parties shall file with the Court any notice seeking recusal based on the findings at the deposition of Dr. Keen no later than **May 25, 2007.**

7.    The Order (Doc. 32) requiring parties to file supplemental briefs pertaining to the issues in Defendant's Motion to Dismiss is hereby **VACATED**.

DATED this 25th day of April, 2007.

Stephen M. McNamee
United States District Judge