**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dorothy O'Connell, | ) | No. CV 07-0198-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| David R. Smith, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation to Enlarge Time for Filing Briefing Related to Plaintiff's Renewed Motion for Partial Summary Judgment (Doc. 43). Good cause appearing,

**IT IS HEREBY ORDERED** that Defendants shall file a Response to Plaintiff's Motion for Partial Summary Judgment (Doc. 21) no later than **June 29, 2007**. The Response shall address only the issue of who, under A.R.S. § 11-594(B)(1), had the legal authority to fire the Deputy Medical Director at the time of Dorothy O'Connell's employment was terminated.

**IT IS FURTHER ORDERED** that Plaintiff shall file her Reply brief no later than **July 20, 2007**.

DATED this 22nd day of May, 2007.

Stephen M. McNamee
United States District Judge