**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dorothy O'Connell, | No. CV 07-0198-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| David R. Smith, et al., | |
| Defendants. | |

Upon Plaintiff's filing of a Motion (nunc pro tunc) for Enlargement of Time to File a Reply in Support of Motion for Rule 11 Sanctions Against Defendants' Counsel (Doc. 56), and for good cause,

**IT IS HEREBY ORDERED GRANTING** an enlargement of time to Plaintiff to file the Reply in Support of Motion for Rule 11 Sanctions Against Defendants' Counsel, nunc pro tunc, to July 5, 2007.[1]

**IT IS FURTHER ORDERED** that Plaintiff's Reply filed on July 5, 2007 is accepted as timely filed in these proceedings.

DATED this 23rd day of July, 2007.

Stephen M. McNamee
United States District Judge

---

[1] The original due date was July 2, 2007. The Court is unaware of Defendants' Counsel's reason for objecting to the three day extension.