**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dorothy O'Connell,<br><br>      Plaintiff,<br>vs.<br><br>David R. Smith, et al.,<br><br>      Defendants. | No. CV 07-0198-PHX-SMM<br><br>**ORDER** |

During the course of its consideration of the parties' pending motions, the Court learned that the statute at issue in this case has recently been amended by Ariz. Legis. (2007). The amended statute, approved by the Governor on May 16, 2007, now provides:

> **B.** The county medical examiner or alternate medical examiner may:
>
> 1. Assign to a medical death investigator or other qualified personnel all aspects of a death investigation except the performance of autopsies.

ARIZ LEGIS. 213 (2007).

Consequently, the parties' counsel are ordered to provide the Court with supplemental briefing addressing the effect of said amendment on their respective positions. Furthermore, they are advised to read the revised statute in its entirety and consider the legislative intent behind the statute and whether it has any bearing on the case. Accordingly,

**IT IS HEREBY ORDERED** that the aforementioned supplemental briefs shall be filed no later than **Friday, October 19, 2007.**

DATED this 18th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge