**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DOROTHY O'CONNELL, ) | No. CV 07-0198-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| DAVID R. SMITH, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 106) filed with this Court on October 23, 2009,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 27th day of October, 2009.

Stephen M. McNamee
United States District Judge